IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**HANCOCK, ET AL**                                                              **PLAINTIFFS**

**VERSUS**                                        **CIVIL ACTION NO.  1:03cv671-JMR-JMR**

**PAYNE, ET AL**                                                          **DEFENDANTS**

## **FINAL JUDGMENT**

Pursuant to the memorandum opinion issued on January 4, 2006, the Defendant Desautel's Motion [83-1] to Dismiss or on the Alternative for Summary Judgment should be granted as to the remaining plaintiffs.  Defendant Payne and Riley's Motion[85-1] for Summary Judgment and/or in the Alternative Motion to Dismiss should be granted as to all plaintiffs.

IT IS, hereby, ORDERED AND ADJUDGED, this matter be, and is hereby, dismissed with prejudice.

This the 4th day of January, 2006.

                                                          _s/ John M. Roper, Sr._
                                     CHIEF UNITED STATES MAGISTRATE JUDGE